ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**BETTER BAGS, INC., Plaintiff–Appellee,**

v.

**REDI BAG USA, LLC, Defendant–Appellant.**

No. 2013–1064.

United States Court of Appeals, Federal Circuit.

July 15, 2013.

Miranda Y. Jones, Heim, Payne & Chorush LLP, of Houston, TX, argued for plaintiff-appellee. Of counsel on the brief was Anastassios Triantaphyllis, Triantaphyllis Law Firm, of Houston, TX.

Joseph J. Zito, DNL Zito, of Washington, DC, argued for defendant-appellant.

LOURIE, SCHALL, and PROST, Circuit Judges.

**Anthony BARBER, Petitioner,**

v.

**DEPARTMENT of The Army, Respondent.**

No. 2012–3134.

United States Court of Appeals, Federal Circuit.

July 16, 2013.

John L–R Poindexter, Attorney at Law, of Washington, DC, argued for petitioner.

Eric P. Bruskin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Scott D. Austin, Assistant Director.

MOORE, LINN, and O'MALLEY, Circuit Judges.